USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/06/2019

**LAW OFFICES OF LAUREN GOLDBERG, l**

3 COLUMBUS CIRCLE, 15TH FLOOR
NEW YORK, NEW YORK 10006
lg@lgoldberglaw.com

TELEPHONE: (646) 452-8380                                                                                          FACSIMILE: (646) 452-8663

May 1, 2019

<u>**VIA ECF**</u>
Hon. Magistrate Sarah Netburn
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:** Bucci vs. Luigi Bormioli Corp
18 CV 10785 (LTS)(SN)

Hon. Judge Netburn:

  I represent the Plaintiff in the above referenced case and am writing on behalf of both parties to provide a status report to the Court. We apologize for not submitting this letter yesterday, but are pleased to report that we have settled the case in principal and are working on finalizing the settlement agreement. We would request an additional three weeks to either file a stipulation of dismissal with the court or to discuss modifying the discovery schedule.

Respectfully Submitted,
/s/

Lauren Goldberg
Attorney for Plaintiff

---

The parties are directed to file a stipulation of dismissal, or a joint letter updating the Court on the status of settlement, no later than Wednesday, May 22, 2019. The deadline to complete fact discovery remains July 26, 2019. The Court will not extend this deadline absent good cause.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

May 6, 2019
New York, New York