

**EPSTEIN
BECKER
GREEN**

Attorneys at Law

Traycee Ellen Klein
t 212.351.4812
f 212.878.8600
tklein@ebglaw.com

May 21, 2019

**Via ECF**
Hon. Sarah Netburn
United States Magistrate Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, New York 10007

    Re:  **Bucci v. Luigi Bormioli Corporation**
           **Civil Action No: 18-cv-10785 (LTS)(SN)**

Dear Judge Netburn:

    We represent Defendant in the above-referenced matter, and we write this letter on behalf of both parties to provide the Court with the status of the resolution of this matter. Per Memo Endorsement at Docket No. 18 the status of the settlement is that the settlement agreement has been executed by the Plaintiff and is in the process of being executed by Defendant and the Stipulation of Dismissal will be filed with the Court on or before June 10, 2019.

                                       Respectfully submitted,

                                       Traycee Ellen Klein

cc:    Lauren Goldberg, Esq. (VIA ECF)

Epstein Becker & Green, P.C. | 250 Park Avenue | New York, NY 10177 | t 212.351.4500 | f 212.878.8600 | ebglaw.com
Firm:48451248v1