Confidential Settlement Agreement and General Release
Bucci v. Luigi Bormioli Corporation
Page 8

EXHIBIT A

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

RICCARDO BUCCI,

             Plaintiff,

    -against-

LUIGI BORMIOLI CORPORATION

             Defendant.

------------------------------------------------------------x

18-CV-10785 (LTS)(SN)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, by and between the undersigned, as follows:

1. All claims presented in case number 18-CV-10785(LTS)(SN) of the Civil Docket and the Complaint therein shall be and hereby are dismissed with prejudice as to all parties; and

2. Each party shall bear their or its own costs and attorneys' fees.

Dated: New York, New York
      May 17, 2019

LAW OFFICES OF LAUREN GOLDBERG, PLLC

By: _____
    Lauren Goldberg, Esq.

3 Columbus Circle, 15th Floor
New York, New York 10019
Tel: (646) 452-8380
*Attorneys for Bucci*

Dated: New York, New York
      May 31, 2019

EPSTEIN BECKER & GREEN, P.C.

By: _____
    Traycee Ellen Klein, Esq.

250 Park Avenue
New York, New York 10177
Tel: (212) 351-4812
*Attorneys for Bormioli*

SO ORDERED:

_____ 6/7/19